In the Matter of MAUREEN JARRACH, Respondent, v. PHILIP JARRACH, Appellant.—In a proceeding by appellant's former wife to enforce the alimony and child support provisions of the Mexican judgment which divorced the parties, the appeal is from an order of the Family Court, Suffolk County, dated August 8, 1972, which granted the petition and directed appellant to pay $90 per week, retroactive to March 24, 1972, allocated $30 per week for petitioner and $60 per week for the parties' three children. Order modified, upon the facts, by reducing the payments to $75 weekly, allocated $25 per week for petitioner

and $50 per week for the parties' three children. As so modified, order affirmed, without costs. The trial minutes show that appellant's circumstances and his ability to pay the amount provided in the judgment of divorce have changed since November 4, 1970, when the judgment was granted. Martuscello, Acting P. J., Latham, Shapiro, Christ and Brennan, JJ., concur.